# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFIM LEONARDO LOPES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHIEF OF POLICE LILI HADSELL, et al., <br><br> Defendants. | Case No.: LA CV13-05194-JAK-SS <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION   JS-6** <br><br> (FRCP Rule 41(a)(1)(A)(ii)) |

IT IS HEREBY ORDERED that no judgment be entered in this action and plaintiff's action be dismissed with prejudice against all defendants, named or unnamed, served or unserved.

IT IS SO ORDERED.

DATED: December 11, 2014

_____
**HONORABLE JOHN A. KRONSTADT**
**U.S. DISTRICT JUDGE**

ORDER RE STIPULATION FOR DISMISSAL OF ACTION